IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03033-WYD-MEH

ADRENALINE ACADEMY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ADRENALINE GYMNASTICS ACADEMY, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2011.**

    The Unopposed Motion for Entry of Stipulated Protective Order [filed March 31, 2011; docket #12] is **granted**. The proposed protective order is accepted and entered contemporaneously with this minute order.