IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03033-WYD-MEH

ADRENALINE ACADEMY, LLC, a Colorado limited liability company,

     Plaintiff,

v.

ADRENALINE GYMNASTICS ACADEMY, INC., a Colorado corporation,

     Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed June 15, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all issues and disputes between the parties.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.

Dated:  June 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge